UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD GUILIANI, et al,<br><br>        Defendants. | No. 2:17-cv-1427 KJN P<br><br><br><br>ORDER |

       Plaintiff is a state prisoner, proceeding pro se. On August 30, 2017, plaintiff filed a request for clarification as to why the instant action was closed. As the August 23, 2017 order explained, in response to plaintiff's July 24, 2017 letter stating that he wanted to amend his complaint in 2:17-cv-0801 EFB rather than file a new action, the court granted his request, and directed that the complaint filed in this action be filed as an amended complaint in case 2:17-cv-0801 EFB, requiring that this action be closed. (ECF No. 6.) On August 23, 2017, as plaintiff requested, plaintiff's complaint was filed in his earlier-filed case, 2:17-cv-0801 EFB, as an amended complaint, and remains pending for screening.

       Nevertheless, even if plaintiff had not requested this amendment, the court would have issued the same order because plaintiff's claims in the instant complaint were almost the same as his claims in the earlier case, 2:17-cv-0801 EFB, and were also against the same defendants. Plaintiff cannot proceed with the same claims against the same defendants in different lawsuits.

Rather, plaintiff must bring all of his claims against the same defendants in only one action.

Therefore, if for some reason plaintiff still wishes to amend his claims, he must do so in 2:17-cv-0801 EFB, taking note of the requirements of Rule 15 of the Federal Rules of Civil Procedure.

Finally, plaintiff is advised that any further documents filed by plaintiff will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.  (ECF No. 7.)

Dated:  September 28, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tayl1427.expl